

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-40,196-03

### EX PARTE WENDY RENEE SEELKE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 43885-C IN THE CRIMINAL DISTRICT COURT
### FROM JEFFERSON COUNTY

*Per curiam*.

### O R D E R

Applicant filed, pursuant to the provisions of Article 11.07 of the Code of Criminal Procedure, a *pro se* habeas application (No. WR-40,196-03), which this Court denied on September 16, 2015. Before this final disposition, Petitioner Michael Parker filed in the trial court a supplemental habeas application on Applicant's behalf. *See Ex parte Rendon*, 326 S.W.3d 221 (Tex. Crim. App. 2010). Because the filing of the supplement was before final disposition of the *pro se* habeas application by this Court, the supplement was timely filed in the -03 habeas proceeding. *See* TEX. CODE CRIM. PROC. Art. 11.07 §§ 3, 4. The supplement, however, is non-compliant with the Rules of Appellate Procedure because it alters the form application to raise multiple grounds on a single page. *See Ex parte Blacklock*, 191 S.W.3d 718 (Tex. Crim. App. 2006); TEX. R. APP. PROC. 73.1 and 73.2. The -03 habeas proceeding is reopened on this Court's own motion. Applicant's *pro se* claims remain denied. The supplemental claims are dismissed.

Filed: October 14, 2015
Do not publish